# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINIOS

In re:  MICHAEL R. VAN EVERY         §     Case No. 11-82736
        LESLIE VAN EVERY             §
                                     §
                                     §
            Debtors                  §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/17/2011.

2) The plan was confirmed on 11/09/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/11/2014, 10/31/2014.

5) The case was dismissed on 10/31/2014.

6) Number of months from filing or conversion to last payment: 35.

7) Number of months case was pending: 42.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $36,285.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 15,947.56 | |
| Less amount refunded to debtor | $ 25.00 | |
| **NET RECEIPTS** | | $ 15,922.56 |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 3,500.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 897.82 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 4,397.82 |
| Attorney fees paid and disclosed by debtor: | $ 0.00 | |

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| GERACI LAW L.L.C. | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 0.00 |
| AMERICREDIT FINANCIAL | Sec | 15,825.00 | 20,621.57 | 15,825.00 | 9,467.80 | 2,056.94 |
| AMERICREDIT FINANCIAL | Uns | 4,339.00 | 0.00 | 4,796.57 | 0.00 | 0.00 |
| BANK OF AMERICA N.A. f/k/a BAC | Sec | 0.00 | 235,225.11 | 0.00 | 0.00 | 0.00 |
| BANK OF AMERICA N.A. f/k/a BAC | Sec | 8,453.00 | 8,741.30 | 0.00 | 0.00 | 0.00 |
| AMERICOLLECT INC | Uns | 339.00 | NA | NA | 0.00 | 0.00 |
| AOL | Uns | 165.00 | NA | NA | 0.00 | 0.00 |
| AQUA ILLINOIS INC | Uns | 998.00 | NA | NA | 0.00 | 0.00 |
| BANK AMERICA | Uns | 767.00 | NA | NA | 0.00 | 0.00 |
| BRAVO PIZZA INC OF POPLAR GR | Uns | 58.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA | Uns | 2,876.00 | 2,876.19 | 2,876.19 | 0.00 | 0.00 |
| CB ACCOUNTS | Uns | 1,547.00 | 540.81 | 540.81 | 0.00 | 0.00 |
| CENTEGRA MEMORIAL MEDICAL | Uns | 23.00 | NA | NA | 0.00 | 0.00 |
| CERTEGY | Uns | 71.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Uns | 249.00 | NA | NA | 0.00 | 0.00 |
| CHECK IT | Uns | 60.00 | 58.25 | 58.25 | 0.00 | 0.00 |
| COMMONWEALTH EDISON CO | Uns | 214.00 | 1,560.51 | 1,560.51 | 0.00 | 0.00 |
| CONTINENTAL | Uns | 1,082.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CREDITORS' PROTECTION SERVICE | Uns | 97.00 | 3,554.70 | 3,554.70 | 0.00 | 0.00 |
| CREDITORS' PROTECTION SERVICE | Uns | 99.00 | 99.13 | 99.13 | 0.00 | 0.00 |
| CREDITORS PROTECTION | Uns | 3,375.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION | Uns | 82.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION SERVICE | Uns | 83.00 | NA | NA | 0.00 | 0.00 |
| DIRECTV | Uns | 482.00 | NA | NA | 0.00 | 0.00 |
| DR ANDREW SCHWANK | Uns | 156.00 | NA | NA | 0.00 | 0.00 |
| H.E. STARK AGENCY INC | Uns | 50.00 | 50.10 | 50.10 | 0.00 | 0.00 |
| H.E. STARK AGENCY INC | Uns | 134.00 | 133.87 | 133.87 | 0.00 | 0.00 |
| H.E. STARK AGENCY INC | Uns | 161.00 | 161.48 | 161.48 | 0.00 | 0.00 |
| FIFTH THIRD BANK | Uns | 1,338.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Uns | 427.00 | 427.10 | 427.10 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Uns | 527.00 | 527.03 | 527.03 | 0.00 | 0.00 |
| H & R BLOCK | Uns | 1,172.00 | NA | NA | 0.00 | 0.00 |
| HARTSOUGH DERMATOLOGY | Uns | 60.00 | NA | NA | 0.00 | 0.00 |
| HONEST PEST CONTROL INC | Uns | 145.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 4,124.00 | 4,123.66 | 4,123.66 | 0.00 | 0.00 |
| HSBC CARD SERVICES INC | Uns | 732.00 | NA | NA | 0.00 | 0.00 |
| I.C. SYSTEM INC | Uns | 125.00 | 125.24 | 125.24 | 0.00 | 0.00 |
| ILLINOIS PATHOLOGIST SVCS LLC | Uns | 11.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS STATE TOLL HWY | Uns | 495.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS STATE TOLL HWY | Uns | 1,916.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS STATE TOLL HWY | Uns | 502.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS STATE TOLL HWY | Uns | 213.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS STATE TOLL HWY | Uns | 359.00 | NA | NA | 0.00 | 0.00 |
| KROGER CHECK RECOVERY | Uns | 125.00 | NA | NA | 0.00 | 0.00 |
| LIFELINE INDUSTRIES | Uns | 32.00 | NA | NA | 0.00 | 0.00 |
| LIFETOUCH | Uns | 48.00 | NA | NA | 0.00 | 0.00 |
| LOWES | Uns | 114.00 | NA | NA | 0.00 | 0.00 |
| LTD FINANCIAL SERVICES | Uns | 1,064.00 | NA | NA | 0.00 | 0.00 |
| MCA MANAGEMENT COMPANY | Uns | 128.00 | NA | NA | 0.00 | 0.00 |
| MCHENRY SAVINGS BANK | Uns | 1,049.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL PAIN MANAGEMENT | Uns | 80.00 | NA | NA | 0.00 | 0.00 |
| MERCY HEALTH SYSTEM | Uns | 345.00 | NA | NA | 0.00 | 0.00 |
| METRO MEDICAL SERVICES INC | Uns | 600.00 | NA | NA | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| MUTUAL MANAGEMENT SERVICES | Uns | 168.00 | 1,813.02 | 1,813.02 | 0.00 | 0.00 |
| MUTUAL MANAGEMENT | Uns | 171.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT | Uns | 489.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT | Uns | 216.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT | Uns | 348.00 | NA | NA | 0.00 | 0.00 |
| N BOONE COMMUNITY SCHOOLS | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| NAFS | Uns | 43.00 | NA | NA | 0.00 | 0.00 |
| NCO - MEDCLR | Uns | 85.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 1,254.00 | 1,158.24 | 1,158.24 | 0.00 | 0.00 |
| NORTHERN ILLINOIS MED CENTER | Uns | 1,205.00 | NA | NA | 0.00 | 0.00 |
| OB / GYNE ASSOC OF ROCKFORD | Uns | 34.00 | NA | NA | 0.00 | 0.00 |
| PARENTS MAGAZINE | Uns | 12.00 | NA | NA | 0.00 | 0.00 |
| PHYSICIANS IMMEDIATE CARE | Uns | 1,813.00 | NA | NA | 0.00 | 0.00 |
| POPLAR GROVE DENTAL | Uns | 156.00 | NA | NA | 0.00 | 0.00 |
| ROA | Uns | 2,525.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD ANESTHESIOLOGISTS | Uns | 66.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD GASTROENTEROLOGY | Uns | 279.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 450.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 1,357.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 2,414.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 3,990.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 174.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 307.00 | 11,074.04 | 8,376.89 | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 142.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 835.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 1,329.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD RADIOLOGY / MUTUAL | Uns | 507.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD VALLEY WOMENS | Uns | 26.00 | NA | NA | 0.00 | 0.00 |
| SECURE PAYMENT SYSTEMS INC | Uns | 67.00 | NA | NA | 0.00 | 0.00 |
| SPRINT | Uns | 1,251.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERV | Uns | 71.00 | NA | NA | 0.00 | 0.00 |
| STATES ATTORNEYS | Uns | 447.00 | NA | NA | 0.00 | 0.00 |
| SWEDISH AMERICAN HOSPITAL | Uns | 120.00 | NA | NA | 0.00 | 0.00 |
| T6 WIRELESS INC | Uns | 1,185.00 | NA | NA | 0.00 | 0.00 |
| TARGET | Uns | 43.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| TRANSWORLD SYSTEMS | Uns | 117.00 | NA | NA | 0.00 | 0.00 |
| TRS RECOVERY | Uns | 70.00 | NA | NA | 0.00 | 0.00 |
| US BANK | Uns | 207.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AS | Uns | 440.00 | 770.89 | 770.89 | 0.00 | 0.00 |
| AFNI INC | Uns | 25.00 | 196.18 | 196.18 | 0.00 | 0.00 |
| WAYNES COUNTRY MARKET | Uns | 26.00 | NA | NA | 0.00 | 0.00 |
| WOODFOREST NATIONAL BANK | Uns | 1,244.00 | NA | NA | 0.00 | 0.00 |
| WOODMAN S - ROCKFORD #30 | Uns | 183.00 | NA | NA | 0.00 | 0.00 |
| WOODMAN S - ROCKFORD #30 | Uns | 227.00 | NA | NA | 0.00 | 0.00 |
| ADVANTAGE ASSETS II, INC | Uns | 0.00 | 780.06 | 780.06 | 0.00 | 0.00 |
| SAINT ANTHONY MEDICAL | Uns | 0.00 | 3,843.72 | 3,843.72 | 0.00 | 0.00 |
| EQUABLE ASCENT FINANCIAL LLC | Uns | 0.00 | 82.75 | 82.75 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 15,825.00 | $ 9,467.80 | $ 2,056.94 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 15,825.00 | $ 9,467.80 | $ 2,056.94 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 36,056.39 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 4,397.82 |
| Disbursements to Creditors | $ 11,524.74 |
| **TOTAL DISBURSEMENTS:** | $ 15,922.56 |

      12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  01/15/2015        By:  /s/ Lydia S. Meyer
                                                                          Trustee

**STATEMENT:**    This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.